1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:     (916) 554-2709
   Facsimile:     (916) 554-2900
5
6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

**FILED**

APR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA      )   CASE NO. 2:11-MJ-00121-EFB
                                 )
12      v.                       )
                                 )   ORDER CONCERNING GOVERNMENT'S
13 RANDALL PAUL WESSAR           )   EX PARTE MOTION TO UNSEAL
                                 )   COMPLAINT AND ARREST WARRANT
14                               )
                                 )
15 _____)

16      Upon application of the United States of America and good cause

17 having been shown,

18      IT IS HEREBY ORDERED that the complaint and arrest warrant in

19 the above-captioned proceeding be and are hereby UNSEALED.

20

21 Date: 4-28-2011

22                                    _____
                                      EDMUND F. BRENNAN
23                                    United States Magistrate Judge