UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RANDALL PAUL WESSAR, ) <br> ) <br> Defendant. ) | Case No. MAG. 11-0121-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL PAUL WESSAR, Case No. MAG-11-0121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___Bail Posted in the Sum of:   $ _____

       ___Co-Signed Unsecured Appearance Bond

       ___ Secured Appearance Bond

       **X**   (Other) <u>Conditions as stated on the record.</u>

       ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

   Issued at  Sacramento, CA  on  04-28-11  at  2:55 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge