**FILED**
April 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RANDALL PAUL WESSAR, ) <br> ) <br> Defendant. ) | Case No. MAG. 11-0121-EFB <br><br> AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDALL PAUL WESSAR, Case No. MAG-11-0121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Unsecured Appearance Bond

    \_\_\_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 04-29-11 at 3:47 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge